IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR326 |
| v. | |
| DALE PATRICK GRANT, | ORDER |
| Defendant. | |

    This matter is before the Court on the government's Motion to Dismiss and Motion to Terminate Supervision (Filing No. 117). The government requests the Court dismiss the Third Amended Petition for Offender Under Supervision (Filing No. 106) without prejudice and to terminate the current term of supervision as to defendant Dale Patrick Grant. The Court finds the Motion should be granted. Accordingly,

    IT IS ORDERED:

1. The government's Motion to Dismiss and Motion to Terminate Supervision (Filing No. 117) is granted.
2. The Third Amended Petition for Offender Under Supervision (Filing No. 106) is hereby dismissed without prejudice.
3. Dale Patrick Grant's previously imposed term of supervision is terminated.

Dated this 9th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge